IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHERESA EXUM                                                                                         PLAINTIFF

v.                                       3:25-cv-00118-JM-JJV

FRANK BISGNANO,
Commissioner,
Social Security Administration,                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of December, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE